NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN THOMAS JOHNSON,<br><br>          Plaintiff,<br><br>   vs.<br><br>DR. ALEX ASTORGA, et al.,<br><br>          Defendants. | No. C 99-20308 JF (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br><br>(Docket No. 13) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 25, 1999, this Court dismissed Plaintiff's complaint against Pelican Bay State Prison medical staff for failure to state a cognizable claim of deliberate indifference to his medical needs. On January 25, 2007, Plaintiff filed a motion for extension of time for sixty days. Plaintiff also requests that Judge Henderson review his civil rights action. Plaintiff states that he did not receive a copy of the Court's dismissal order in 1999. Plaintiff claims that he was denied serious medical care and treatment from 1993 to 1999 at Pelican Bay State Prison. Plaintiff also claims that he has received inadequate medical care at Corcoran State Prison from 1994 through January 2007. See Plaintiff's Mot. at 1-3.

Order Denying Plaintiff's Motion for Extension of Time
P:pro-se\sj.jf\cr.99\Johnson308misc           1

1  Plaintiff states that he is seventy-percent blind in both eyes and partially deaf in both ears.
2  <u>Id.</u> at 3.  Plaintiff requests copies of his civil rights complaint and the dismissal order in
3  his closed case.
4      Plaintiff does not specify why he is requesting an extension of time, or what he
5  wants the extension of time for, as his complaint was dismissed for failure to state a claim
6  in 1999.  If Plaintiff intends to appeal the Court's dismissal order, he may file a notice of
7  appeal with the Court.  If Plaintiff intends to file a new civil rights action concerning his
8  medical care and treatment at Corcoran State Prison, the Court has enclosed a copy of the
9  civil rights complaint form with this order.
10     Accordingly, Plaintiff's motion for extension of time (docket no. 13) is DENIED.
11 The Clerk of Court shall obtain the closed file and send Plaintiff a copy of the Court's
12 dismissal order and judgment (docket nos. 8, 9) within thirty days of the date of this
13 order.
14     IT IS SO ORDERED.
15 DATED: __8/27/07_____

JEREMY FOGEL
United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Herman Thomas Johnson
   H-40354
   Corcoran State Prison - SHU
4  P.O. Box 3481
   Corcoran, CA  93212-3481

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Plaintiff's Motion for Extension of Time
P:pro-se\sj.jf\cr.99\Johnson308misc                3